

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MWF FOUNDATION, INC. | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| v. | ) | Case No. 12 C 2208 |
| | ) | |
| GEORGE SEPERO et al., | ) | |

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that default judgment is entered against defendants Daniel Dragan; SP Investors, Inc.; Caxton Capital Management, LLC; Caxton Capital Group, LLC; and Casa Nostra Enterprises, Inc. in the amount of $978,236.28.

IT IS SO ORDERED.

Date: August 8, 2012

United States District Judge
Northern District of Illinois