# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

MWF Foundation, Inc.

                      Plaintiff,

v.                                          Case No.: 1:12−cv−02208

                                               Honorable Virginia M. Kendall

George Sepero, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 19, 2012:

      MINUTE entry before Honorable Virginia M. Kendall:Pursuant to FRCP 41 (a)(2), plaintiff voluntarily moves to dismisswithout prejudice this action as to defendants George Sepero, Carmelo Provenzano, and Joseph D. Clark.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.